FILED
2022 Dec-16 PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

DOCUMENT 14



ELECTRONICALLY FILED
10/13/2022 9:32 PM
01-CV-2022-902707.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| ALICIA CADE, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) ) ) CIVIL ACTION 01-CV-2022-902707 |
| COSTCO WHOLESALE CORP., et al., | ) ) |
|    Defendants. | ) |

### DEFENDANT COSTCO WHOLESALE CORPORATION
### FIRST REQUEST FOR ADMISSION TO PLAINTIFF

**COMES NOW COSTCO WHOLESALE CORPORATION**, the Defendant in the above-styled cause, and pursuant to Rule 36, Ala. R. Civ. P., requests the Plaintiff to admit or deny the following:

1. That the amount in controversy in this case exceeds $75,000, exclusive of interest and cost.

2. You are seeking an award of more than $75,000 to satisfy all claims alleged in your Complaint.

3. You are seeking more than $75,000 in damages for the claims alleged in your Complaint.

4. You will accept more than $75,000 in total compensatory and punitive damages should (a) liability be established against the Defendant; and (b) damages are awarded to you.

5. There is evidence which supports an award of damages in this case exceeding $75,000, including compensatory and punitive damages for all of your claims.

6. The proper measure of damages, if any, exceeds $75,000 inclusive of all claims for compensatory and punitive damages.

7. You and/or your attorneys will ask a jury to return a verdict for more than $75,000 in the event of a trial of this case.

/s/ Paul J. DeMarco
Paul J. DeMarco (DEM010)
Attorney for Defendant
Costco Wholesale Corporation

**OF COUNSEL:**

**PARSONS, LEE & JULIANO, P.C.**
600 Vestavia Parkway, Suite 300
Birmingham, AL 35216
Telephone:   (205) 326-6600
Fax:              (205) 324-7097
pdemarco@pljpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the AlaFile E-system which will send notification of such filing to the following:

Erby J. Fischer
John Paul Bruno
Morgan & Morgan Birmingham, PLLC
2317 3rd Avenue North, Ste 100
Birmingham, AL 35203

This the 13th day of October 2022.

/s/ Paul J. DeMarco
OF COUNSEL