UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALICIA CADE,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| **v.** } | Case No.: 2:22-cv-01573-RDP |
| } | |
| **COSTCO WHOLESALE CORP.,** } | |
| } | |
| **Defendant.** } | |

## ORDER

On December 19, 2024, the Magistrate Judge's Report and Recommendation was entered. (Doc. # 67). In his Report and Recommendation, the Magistrate Judge recommended that:

(1) the following records are irrelevant in the context of discovery to the claims and defenses asserted by the parties:

(a) The obstetrical and gynecological records and reports dated March 15, 2017, from Women's Health Specialists of Birmingham and Grandview Medical Center;

(b) The emergency department records and reports dated August 16, 2018, from Grandview Medical Center; and,

(c) The emergency department records and reports dated October 11, 2019, from Grandview Medical Center.

(2) the remaining records are relevant in the context of discovery to the claims and defenses asserted by the parties.

(3) therefore, with the exception of the specific records identified as irrelevant, the remaining medical records should be produced to both Plaintiff and Defendant.

(Doc. # 67).

A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). The court must consider any timely objections and review the magistrate judge's ruling under the clearly erroneous or contrary to law standard. *Jordan v. Comm'r, Miss. Dep't. of Corr.*, 947 F.3d 1322, 1327 (11th Cir. 2020) (citing Fed. R. Civ. P. 72(a)). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *United States v. Schultz*, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988)).

Plaintiff's deposition is scheduled for January 8, 2025, and as stated previously will occur in the Judicial Conference Room of the undersigned located in the Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203. (Doc. # 62). Given the time-sensitive nature of the need for discovery of relevant records prior to a deposition, the court **CONDITIONALLY ADOPTS** the Report and **CONDITIONALLY ACCEPTS** the recommendation of the Magistrate Judge as to the irrelevance and relevance of Plaintiff's records submitted for *in camera* review. As specified in its Order on December 19, 2024, the parties **SHALL** meet and confer (either in person or by electronic communication) and **SHALL** file any objections to the Report and Recommendation **within fourteen (14) days** thereafter.

To facilitate the process of discovery prior to Plaintiff's deposition, Defendant is **ORDERED** to, within a reasonable time frame, designate a vendor who will take custody of the relevant documents, produce two photocopies of those documents, and securely send copies of those documents to Defendant and to the court, addressed to the undersigned. All originals of the

documents **SHALL** be sent by the vendor to Plaintiff at her address of record, unless she provides some other instructions about their return.

      The court sincerely thanks Judge Danella and his staff for their conscientious work on this matter.

      **DONE** and **ORDERED** this December 20, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE